# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-1096
_____

Michael Casey; Julie Pennington; Michael Crider; Kathleen Keller; Richard Keller; Richard Piatchek; Heidi Piatchek,

Plaintiffs - Appellants

v.

Federal Deposit Insurance Corporation, as receiver of Washington Mutual Bank,

Defendant

North American Savings Bank; Heartland Bank; ABM AMRO Mortgage Group, Inc.,

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-cv-01701-JCH)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 20, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans